MARY E. O'CONNELL, as Administratrix, etc., of PATRICK J. O'CONNELL, Deceased, Appellant, v. GEORGE J. BAUER, Doing Business under the Assumed Name of GENESEE MOTOR VEHICLE COMPANY, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint in an action for damages for death of intestate caused by falling in an elevator shaft.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

VERNA I. COOPER, Respondent, v. JAMES D. KELSEY, an Incompetent, and DANA L. JEWELL, His Committee, Appellants.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an action for services as housekeeper and nurse.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

ERNEST J. YOUNGBERG, Appellant, v. HOWARD ROBERTS, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint and vacates an order restraining disposition of two promissory notes given as part purchase price of cattle.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

In the Matter of the Application of C. BENJAMIN HAYES and MARY ELLA HAYES PRATT, Appellants, for an Order of Certiorari to THE BOARD OF APPEALS OF THE CITY OF BUFFALO, Respondent.— Order affirmed, with costs. All concur, except Lewis, J., who dissents and votes for reversal. (The order confirms action of defendant and dismisses the order of certiorari in a proceeding to review action of the defendant refusing permit for the erection of a garage.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.